UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BONNA HENG,<br><br>      Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>      Defendant. | Case No. C14-1500-MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of his applications for disability benefits. Dkt. 1. The parties stipulate the case should be reversed and remanded. Dkt. 16. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g) to update the record as necessary, allow plaintiff to submit additional evidence and arguments, hold a *de novo* hearing, and issue a new decision.

On remand, the Appeals Council will direct the ALJ to evaluate the entire record, including medical opinions and evidence; determine if plaintiff's medically determinable impairment is "severe" at step 2; and provide appropriate rationale with specific references to evidence of record. The ALJ will proceed through the remaining steps of the sequential evaluation process as warranted. The parties agree that no specific aspect of the Commissioner's

REPORT AND RECOMMENDATION - 1

final decision is affirmed.

The parties further stipulate that Mr. Heng will be entitled to reasonable attorney fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 1920, 2412(a),(d), upon proper request to the Court.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that Chief United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 3rd day of March, 2015.

BRIAN A. TSUCHIDA
United States Magistrate Judge